IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

      v.      Criminal No. 96-50013-001

TAREQ ALHONAITI a/k/a
Faud Abdel Mahmoud                                                    DEFENDANT

### O R D E R

Now on this 21st day of October, 2008, comes on for consideration the government's **Motion To Dismiss** (document #2), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and the Indictment in this matter is hereby **dismissed without prejudice**.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE